HENRY H. PERSONS et al., as Receivers of the BANK OF COMMERCE IN BUFFALO, Respondents, *v.* MARY HELEN BROWN, Appellant, Impleaded with Others.

*Persons* v. *Brown,* 93 App. Div. 604, affirmed.
(Argued October 28, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1904, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Charles J. Bissell* and *J. Bradley Tanner* for appellant.

*Norris Morey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: O'BRIEN, J.

---

FANNY JOHNSTON et al., as Executors of GEORGE W. JOHNSTON, Deceased, Appellants, *v.* ALBERT B. HILTON, Respondent.

(Submitted November 14, 1904; decided November 22, 1904.)

Motion for reargument denied, with ten dollars costs. (See 179 N. Y. 581.)